IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| GEORGE DALIE, | : | |
|---|---|---|
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 07-2097 |
| v. | : | |
| | : | |
| CORRECTIONAL OFFICER | : | |
| CORY VOSS, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 28th day of September, 2010, upon consideration of Defendants' Motion for Summary Judgment (Dkt. No. 30), the memoranda of law filed in support thereof (Dkt. No. 30) and in opposition thereto (Dkt. No. 40), as well as Defendants' reply (Dkt. No. 43), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that said Motion is DENIED.

BY THE COURT:

/s/ C. Darnell Jones, II
C. DARNELL JONES, II     J.